SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMIR ALI KHAN, ) <br> ) <br>         Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> ALBERTO GONZALES, Attorney General of the ) <br> United States; MICHAEL CHERTOFF, Secretary ) <br> of the Department of Homeland Security; ) <br> EMILIO GONZALEZ, Director of United States ) <br> Citizenship and Immigration Services; ) <br> ROBERT S. MUELLER, III, Director of the ) <br> Federal Bureau of Investigation; CHRISTINA ) <br> POULOS, Director of the California Service ) <br> Center; et al., ) <br> ) <br>         Defendants. ) <br> _____ ) | No. C 07-2871 BZ <br><br> **PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

    In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff and the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

///

Consent to Magistrate Jurisdiction
C 07-2871 BZ                              1

| | | |
|---|---|---|
| 1 | Date: August 10, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 4 | | /s/ |
| 5 | | EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| 8 | Date: August 10, 2007 | /s/<br>SHAH PEERALLY<br>Attorneys for Plaintiff |

Consent to Magistrate Jurisdiction
C 07-2871 BZ                                     2