1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927
7
Attorneys for Defendants
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | AMIR ALI KHAN,         )
                           ) No. C 07-2871 BZ
13 |         Plaintiff,    )
                           )
14 |    v.                 )
                           ) **STIPULATION TO EXTEND DATES;**
15 | ALBERTO GONZALES, Attorney General of the ) **and [PROPOSED] ORDER**
United States; MICHAEL CHERTOFF, Secretary )
16 | of the Department of Homeland Security; )
EMILIO GONZALEZ, Director of United States )
17 | Citizenship and Immigration Services; )
ROBERT S. MUELLER, III, Director of the )
18 | Federal Bureau of Investigation; CHRISTINA )
POULOS, Director of the California Service )
19 | Center; et al.,        )
                           )
20 |         Defendants.   )
                           )
21

22 |     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 | of record, hereby stipulate, subject to the approval of the Court, to the following:

24 |     1. Plaintiff filed this action on or about June 1, 2007. Defendants' answer is currently due on

25 | August 10, 2007.

26 |     2. Pursuant to this Court's June 1, 2007 Order Setting Initial Case Management Conference,

27 | the parties are required to file a joint case management statement on September 10, 2007, and

28 | attend a case management conference on September 17, 2007.

Stipulation for Extension
C 07-2871 BZ

3. Accordingly, in order to allow sufficient time for defendants to answer and prepare a joint case management statement, and possibly administratively resolve the case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | September 24, 2007 |
| Last day to file Joint ADR Certification: | October 1, 2007 |
| Last day to file/serve Joint Case Management Statement: | October 15, 2007 |
| Case Management Conference: | October 22, 2007, at 4:00 p.m. |

Date: August 10, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: August 10, 2007                    /s/
SHAH PEERALLY
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
BERNARD ZIMMERMAN
United States Magistrate Judge

Stipulation for Extension
C 07-2871 BZ