SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMIR ALI KHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director of United States Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation; CHRISTINA POULOS, Director of the California Service Center; et al.,<br><br>    Defendants. | No. C 07-2871 BZ<br><br>**STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about June 1, 2007. Defendants' answer is currently due on August 10, 2007.

    2. Pursuant to this Court's June 1, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on September 10, 2007, and attend a case management conference on September 17, 2007.

Stipulation for Extension
C 07-2871 BZ

3. Accordingly, in order to allow sufficient time for defendants to answer and prepare a joint case management statement, and possibly administratively resolve the case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | September 24, 2007 |
| Last day to file Joint ADR Certification: | October 1, 2007 |
| Last day to file/serve Joint Case Management Statement: | October 15, 2007 |
| Case Management Conference: | October 22, 2007, at 4:00 p.m. |

Date: August 10, 2007              Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants


_____/s/_____
Date: August 10, 2007              SHAH PEERALLY
Attorneys for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   August 13, 2007            _____
                                    BERNARD ZIMMERMAN
                                    United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation for Extension
C 07-2871 BZ