SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMIR ALI KHAN, <br><br> Plaintiff, <br><br> v. <br><br> ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director of United States Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation; CHRISTINA POULOS, Director of the California Service Center; et al., <br><br> Defendants. | No. C 07-2871 BZ <br><br> **SECOND STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about June 1, 2007, seeking adjudication of his naturalization application.

    2. On September 18, 2007, the Plaintiff submitted his updated affidavit to the United States Citizenship and Immigration Services.

    3. Accordingly, in order to allow sufficient time for Defendants to adjudicate Plaintiff's

Stipulation for Extension
C 07-2871 BZ

naturalization application, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | October 29, 2007 |
| Last day to file Joint ADR Certification: | November 5, 2007 |
| Last day to file/serve Joint Case Management Statement: | November 19, 2007 |
| Case Management Conference: | November 26, 2007, at 4:00 p.m. |

Date: September 24, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: September 24, 2007

_____/s/_____
SHAH PEERALLY
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

BERNARD ZIMMERMAN
United States Magistrate Judge

Stipulation for Extension
C 07-2871 BZ