1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12  AMIR ALI KHAN,                          )
                                            )  No. C 07-2871 BZ
13              Plaintiff,                   )
                                            )
14         v.                               )
                                            )  **DECLARATION OF TIFFANI CHIU**
15  ALBERTO GONZALES, Attorney General of the )
    United States; MICHAEL CHERTOFF, Secretary )
16  of the Department of Homeland Security;   )
    EMILIO GONZALEZ, Director of United States )
17  Citizenship and Immigration Services;     )
    ROBERT S. MUELLER, III, Director of the   )
18  Federal Bureau of Investigation; CHRISTINA )
    POULOS, Director of the California Service )
19  Center; et al.,                          )
                                            )
20              Defendants.                  )
                                            )
21

22       I, Tiffani Chiu, declare and state as follows:

23       1. I am employed by the United States Attorney's Office, Northern District of California, as a

24  Paralegal.  My current employment address is 450 Golden Gate Avenue, Box 36055, San Francisco,

25  California, 94102.

26       2. On Monday, September 24, 2007, I attempted repeatedly to access the CM/ECF system to

27  file the parties' Second Stipulation to Extend Dates and [Proposed] Order.  I made at least three

28  attempts after 12:00 noon, each attempt separated by an hour.  Each time, I received an "HTTP 404

Chiu Declaration
C 07-2871 BZ                                    1

1  - file not found" error message.

2    Signed this 25th day of September 2007, in San Francisco, California.

3

4                                                    _____/s/_____
                                                    TIFFANI CHIU
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Chiu Declaration
C 07-2871 BZ                                2