```
1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMIR ALI KHAN, ) | No. C 07-2871 BZ |
| Plaintiff, ) | |
| v. ) | **SECOND STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |
| ALBERTO GONZALES, Attorney General of the ) United States; MICHAEL CHERTOFF, ) Secretary of the Department of Homeland Security ) EMILIO GONZALEZ, Director of United States ) Citizenship and Immigration Services; ) ROBERT S. MUELLER, III, Director of the ) Federal Bureau of Investigation; CHRISTINA ) POULOS, Director of the California Service ) Center; et al., ) Defendants. ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about June 1, 2007, seeking adjudication of his naturalization application.

2. On September 18, 2007, the Plaintiff submitted his updated affidavit to the United States Citizenship and Immigration Services.

3. Accordingly, in order to allow sufficient time for Defendants to adjudicate Plaintiff's naturalization application, the parties hereby respectfully ask this Court to extend the dates in the

Stipulation for Extension
C 07-2871 BZ

1  Court's scheduling order as follows:

2     Last day to file Defendants' Answer:                 October 29, 2007

3     Last day to file Joint ADR Certification:             November 5, 2007

4     Last day to file/serve Joint Case Management Statement:   November 19, 2007

5     Case Management Conference:                    November 26, 2007, at 4:00 p.m.

6  Date: September 24, 2007                 Respectfully submitted,

7                                          SCOTT N. SCHOOLS
                                        United States Attorney

8

9                                          /s/
                                        EDWARD A. OLSEN

10                                         Assistant United States Attorney
                                        Attorneys for Defendants

11

12

13 Date: September 24, 2007                 /s/
                                        SHAH PEERALLY
                                        Attorneys for Plaintiff

14

15                                       **ORDER**

16     Pursuant to stipulation, IT IS SO ORDERED.

17

   Date:  September 26, 2007

18                                         BERNARD ZIMMERMAN
                                        United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

Stipulation for Extension
C 07-2871 BZ