1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12  AMIR ALI KHAN,                    )
                                      ) No. C 07-2871 BZ
13              Plaintiff,            )
                                      )
14        v.                          )
                                      ) **PARTIES' JOINT REQUEST TO BE**
15  ALBERTO GONZALES, Attorney General of ) **EXEMPT FROM FORMAL ADR**
    the United States; MICHAEL CHERTOFF, ) **PROCESS**
16  Secretary of the Department of Homeland )
    Security; EMILIO GONZALEZ, Director of )
17  United States Citizenship and Immigration )
    Services; ROBERT S. MUELLER, III, Director )
18  of the Federal Bureau of Investigation; )
    CHRISTINA POULOS, Director of the )
19  California Service Center; et al., )
                                      )
20              Defendants.           )
                                      )
21

22      Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

23  Resolution Procedures in the Northern District of California," or the specified portions of the ADR

24  Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

25  options provided by the court and private entities, and considered whether this case might benefit

26  from any of them.

27      Here, the parties agree that referral to a formal ADR process will not be beneficial because this

28  action is limited to plaintiff's request that this Court compel defendants to adjudicate the

Parties' Request for ADR Exemption
C 07-2871 BZ

1  application for naturalization.  Defendants have already requested the FBI expedite the name check
2  so that the application may be processed as soon as possible.  Given the substance of the action and
3  the lack of any potential middle ground, ADR will only serve to multiply the proceedings and
4  unnecessarily tax court resources.
5      Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the
6  ADR Multi-Option Program and that they be excused from participating in the ADR phone
7  conference and any further formal ADR process.

8  Date: November 6, 2007                    Respectfully submitted,

9                                            SCOTT N. SCHOOLS
                                             United States Attorney
10

11                                                   /s/
                                             EDWARD A. OLSEN
12                                           Assistant United States Attorney
                                             Attorneys for Defendants
13

14
                                                     /s/
15 Date: November 6, 2007                    SHAH PEERALLY
                                             Attorneys for Plaintiff
16

17                              **ORDER**

18      Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the
19  ADR Multi-Option Program and are excused from participating in the ADR phone conference and
20  any further formal ADR process.
21  **SO ORDERED.**
22

23  Date:  November 7, 2007
24                                           BERNARD ZIMMERMAN
                                             United States Magistrate Judge
25
26
27
28

Parties' Request for ADR Exemption
C 07-2871 BZ

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA