1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12 AMIR ALI KHAN,                        )
                                         )   No. C 07-2871 BZ
13              Plaintiff,               )
                                         )
14        v.                             )
                                         )   **STIPULATION TO DISMISS AND**
15 ALBERTO GONZALES, Attorney General of )   **[PROPOSED] ORDER**
   the United States; MICHAEL CHERTOFF,  )
16 Secretary of the Department of Homeland)
   Security; EMILIO GONZALEZ, Director of )
17 United States Citizenship and Immigration)
   Services; ROBERT S. MUELLER, III, Director)
18 of the Federal Bureau of Investigation; )
   CHRISTINA POULOS, Director of the     )
19 California Service Center; et al.,     )
                                         )
20              Defendants.              )
   _____ )
21

22       Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice in light of the fact that the United States Citizenship and Immigration

25 Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

26 adjudicate such application within 30 days of the dismissal of this action.

27       Each of the parties shall bear their own costs and fees.

28 ///

   Stipulation to Dismiss
   C 07-2871 BZ                          1

1 | Date: November 9, 2007

2 | SCOTT N. SCHOOLS
United States Attorney

3 |

4 | _____
/s/

5 | EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

6 |

7 |

8 | Date: November 8, 2007

_____
/s/
SHAH PEERALLY
Attorneys for Plaintiff

9 |

10 | **ORDER**

11 | Pursuant to stipulation, IT IS SO ORDERED.

12 |

13 | Date:  November 9, 2007

_____
BERNARD ZIMMERMAN
United States Magistrate Judge

14 |

IT IS SO ORDERED

Judge Bernard Zimmerman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Respectfully submitted,

Stipulation to Dismiss
C 07-2871 BZ                    2